UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-4495-DMG (PLAx) | Date | April 16, 2020 |

Title   *United African-Asian Abilities Club v. DNA Manager, LLC, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE**

      The Court's Scheduling and Case Management Order required the parties to engage in early mediation by December 6, 2019 and to file a Joint Report re Results of Early Mediation by December 13, 2019.  To date, the parties have not filed their Joint Report.  The parties are ordered to show cause in writing by May 1, 2020 why they should not be sanctioned for their failure to timely comply with a court order.

IT IS SO ORDERED.